UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  1:18-cr-00139

v.        HON. PAUL L. MALONEY

Rolando Tomas Santos-Mijangos,

        Defendant.
_____/

**REPORT AND RECOMMENDATION**

        Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on July 18, 2018 with an interpreter, after receiving the written consent of defendant and all counsel.  At the hearing, defendant Rolando Tomas Santos-Mijangos entered a plea of guilty to Count 1, charging defendant with Alien Felon Reentry in violation of 8:1326(a), 8:1326(b)(1).  On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

        I therefore recommend that defendant's plea of guilty to Count 1 be accepted, that the court adjudicate defendant guilty.  It is further recommended that

defendant remain detained pending sentencing.   Acceptance of the plea, adjudication of guilt, determination of defendant's status pending sentencing, and imposition of sentence are specifically reserved for the district judge.

Date: July 18, 2018                              /s/ Timothy P. Greeley
                                                                     TIMOTHY P. GREELEY
                                                                     United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  See W.D. MICH. L.CR.R. 11.1(d).